**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                        NO. 4:07CR00143-01 JLH

ERIC R. LEE                                                                                                  DEFENDANT

## ORDER

Court convened on Monday, July 13, 2009, for a hearing on the government's motion to revoke the supervised release of defendant Eric R. Lee. Document #3. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray. United States Probation Officer Aaron Germany was also present.

Upon inquiry from the Court, the defendant did not contest the violations outlined in the petition. Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of 90-days to allow defendant the opportunity to further comply with the conditions of release previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Tuesday, October 13, 2009. In the event the defendant is found to be in violation of his conditions of release prior to October 13, 2009, the government is directed to submit the appropriate motion and the Court will conduct a hearing. If no further violations are reported by that date, the government will file a motion to dismiss the pending motion to revoke at that time.

IT IS SO ORDERED this 13th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE