# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.      NO. 4:07CR00143-01 JLH | |
| ERIC R. LEE | DEFENDANT |

## ORDER

The government's motion to dismiss revocation petition is GRANTED. Document #14. The revocation petition filed on May 18, 2009, is hereby dismissed without prejudice to refile should any additional violations occur.

IT IS SO ORDERED this 27th day of October, 2009.

_/s/ J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE